# Schedule A

# Filed Under Seal

# Exhibit 1

## Filed Under Seal

# Exhibit 2

## Filed Under Seal

# Exhibit 3

## Filed Under Seal

# Exhibit 4

## Filed Under Seal

# Exhibit 5

Filed Under Seal

# Exhibit 6

## Filed Under Seal

# Exhibit 7

## Filed Under Seal

# Proposed Temporary Restraining Order Filed Under Seal